```
                                                        U.S. DISTRICT COURT
                                                        DISTRICT OF VERMONT
                                                              FILED
           UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF VERMONT              2018 MAR 22  PM 3:08

                                                           CLERK
                                                        BY_____
UNITED STATES OF AMERICA          )                       DEPUTY CLERK
                                  )
         v.                       )     Criminal No.
                                  )
KOREY STEWART, aka "Skip" aka "Dash"   )   2:18-cr-30-1-2
aka "Slim" aka "Gutta" aka "Corey Adams" )
aka "Keith Young" aka "Corethious Patrick Bryant" )
aka "Steven Allen," and           )
███████████████████████████████   )
         Defendants.              )
```

INDICTMENT

The Grand Jury charges that:

Between in or about August 2015 and in or about March 2018, in the District of Vermont, the District of Maine, the District of Connecticut, and elsewhere, the defendants KOREY STEWART, aka "Skip" aka "Dash" aka "Slim" aka "Gutta" aka "Corey Adams" aka "Keith Young" aka "Corethious Patrick Bryant" aka "Steven Allen," and ███████████████ ███████████████████" and others, known and unknown to the grand jury, knowingly and willfully conspired to distribute heroin, a Schedule I controlled substance, fentanyl, Schedule II controlled substance, cocaine, a Schedule II controlled substance, and cocaine base, a Schedule II controlled substance

With respect to defendants STEWART and ███████████████ their conduct as members of the conspiracy, including the reasonably foreseeable conduct of other members of the conspiracy, involved 28 grams or more of a mixture and substance containing a detectable amount of cocaine base.

(21 U.S.C. §§ 841(a), 841(b)(1)(B), and 846)

1

A TRUE BILL

███████████
FOREPERSON

CHRISTINA E. NOLAN (JAO)
United States Attorney
Burlington, Vermont
March 22, 2018